UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Robert P. DesRoches**

   **v.**                                            Civil No. 05-cv-88-PB

**John E. Potter, Postmaster General,
United States Post Office**


**O R D E R**

I have reviewed the motion to amend _de novo_ and considered the plaintiff's reply memorandum.  Therefore, the plaintiff's objection to the Magistrate Judge's denial of the plaintiff's motion to file a reply memorandum (doc. no. 59) is overruled as moot.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

September 17, 2008

cc:  Leslie Johnson, Esq.
     T. David Plourde, Esq.