```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

ROBERT P. DESROCHES,                )
                                    )
      Plaintiff,                    )
                                    )
      v.                            )     Civil No. 05-88-PB
                                    )
PATRICK R. DONAHOE, Postmaster      )
General, United States Postal       )
Service,                            )
                                    )
      Defendant/Counterclaimant,    )
                                    )
      v.                            )
                                    )
ROBERT P. DESROCHES,                )
                                    )
      Counterclaim Defendant,       )
                                    )
       and                          )
                                    )
BELLWETHER COMMUNITY CREDIT UNION,  )
                                    )
      Garnishee.                    )


                    PROPOSED ORDER TO QUASH
                 <u>WRIT OF CONTINUING GARNISHMENT</u>

    On February 8, 2011, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court.  In accordance with the terms of the Writ of Continuing Garnishment, on February 11, 2011, accounts in the name of Robert DesRoches, held by Bellwether Community Credit Union, were levied on by the United States of America.  Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were received by counterclaim defendant, Robert DesRoches, on February 15, 2011.

Due to the minute balance in the account, the United States does not request a turnover of these funds. Accordingly, it is

ORDERED that funds in the amount of $5.00, seized on February 11, 2011, from an account in the name of Robert DesRoches, which are in the possession, custody or control of Bellwether Community Credit Union, be released back to the counterclaim defendant, Robert DesRoches, and it is

ORDERED that the Writ of Continuing Garnishment issued on February 8, 2011, to Bellwether Community Credit Union, is hereby quashed.

IT IS SO ORDERED.

                                              /s/ Paul Barbadoro
                                              U.S. District Court Judge

DATED: March 31, 2011

cc: Michael T. McCormack, AUSA
    Robert DesRoches, pro se
    Bellwether Community Credit Union